UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                                              Case No:   6:15-cr-257-Orl-40GJK

**DOMINIC JASON GABLE and NICK EDWARD GABLE,**

       **Defendants.**

**REPORT AND RECOMMENDATION**

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR RETURN OF CONFISCATED PROPERTY (Doc. No. 110)** |
| **FILED:** | **July 24, 2017** |
| | **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. |

On July 24, 2017, Defendant Nick Edward Gable filed a Motion for Return of Confiscated Property (the "Motion"). Doc. No. 110. In the Motion, Mr. Gable requests the return of the following: (1) 2007 GMC Denali; (2) 2008 Ford F150; (3) three Apple iPhones; (4) a backpack; and (5) $198,000. *Id.* Also in the Motion, Mr. Gable asserts that the iPhones and backpack "were returned the first week in July." *Id.* at 1 n.1.

In the Judgment entered against Mr. Gable in this case, it states that he "shall forfeit to the United States those assets previously identified in the Plea Agreement and the Preliminary Order

- 2 -

of Forfeiture, that are subject to forfeiture." Doc. No. 100 at 4. The Preliminary Order of Forfeiture ordered the following items forfeited to the United States:

 1. 2008 Ford F-150 Supercab Lariat, VIN #1FTPW14598FB37889;

 2. $199,980.00 in U.S. Currency; and

 3. 2007 GMC Yukon Denali, VIN #1GKFK63887J289081.

Doc. No. 78 at 1-2. The Plea Agreement states that Mr. Gable agrees to forfeit these assets to the United States. Doc. No. 56 at 8. The Plea Agreement also states that Mr. Gable "agrees to waive all constitutional, statutory and procedural challenges in any manner . . . to any forfeiture carried out in accordance with this Plea Agreement on any grounds . . . ." *Id.* at 8-9.

As the items Mr. Gable requests be returned to him either have been returned or were forfeited to the United States, it is hereby **RECOMMENDED** that the Motion (Doc. No. 110) be **DENIED**.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida, on July 26, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties